**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KEVIN L. BLAKE,**

     **Plaintiff,**

**v.**                                 **Case No. 3:23cv11748-TKW-HTC**

**K. YOUNG, et al.,**

     **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that all of the claims in the amended complaint, except the First Amendment retaliation claim against Officer K. Young, should be dismissed under 28 U.S.C. §1915(e)(2)(B) and §1915A(b) for failure to state a claim upon which relief can be granted. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's Eighth Amendment deprivation of food claim is **DISMISSED with prejudice**.

3.      Plaintiff's Eighth Amendment excessive force claim is **DISMISSED with prejudice**.

4.      Plaintiff's First Amendment retaliation claims against Defendants Carr, Hill, and O'Neill are **DISMISSED with prejudice**.

5.      This case is referred back to the magistrate judge for further proceedings on Plaintiff's First Amendment retaliation claim against Officer K. Young in his individual capacity.

**DONE and ORDERED** this 5th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**