## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KEVIN L. BLAKE,**

      **Plaintiff,**

**v.**                                 **Case No. 3:23cv11748-TKW-HTC**

**K. YOUNG,**

      **Defendant.**

_____/

## <u>ORDER</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 29).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees that this case should be dismissed for failure to state a claim upon which relief can be granted.  Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant's motion to dismiss (Doc. 17) is **GRANTED**, and this case is **DISMISSED** for failure to state a claim upon which relief can be granted.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 8th day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**